UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN INGERSOLL, a Washington resident, LYNN BASTROM, a Washington resident, and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ROYAL & SUNALLIANCE USA, a foreign corporation,<br><br>        Defendant. | Case No. CV05-1774L<br><br>ORDER GRANTING MOTION TO AMEND COMPLAINT |

This matter comes before the Court on plaintiffs' "Motion To Amend Complaint" (Dkt. # 15). Plaintiffs request that the Court change the case caption to "Royal & SunAlliance USA, Inc." and add "Royal Indemnity Company" as co-defendant.

Pursuant to Fed. R. Civ. P. 15(a), leave to amend "shall be freely given when justice so requires." The Court follows a "strong policy in favor of allowing amendment, and considering four factors: bad faith, undue delay, prejudice to the opposing party, and the futility of amendment." Kaplan v. Rose, 49 F.3d 1363, 1370 (9th Cir. 1994). Having reviewed the record, the Court finds no evidence of bad faith, undue delay, prejudice, or futility.

ORDER GRANTING MOTION
TO AMEND COMPLAINT – 1

For all of the foregoing reasons, plaintiffs' "Motion To Amend Complaint" (Dkt. # 15) is GRANTED.

DATED this 10th day of February, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
TO AMEND COMPLAINT – 2