UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN INGERSOLL, a Washington resident, LYNN BASTROM, a Washington resident, and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ROYAL & SUNALLIANCE USA, a foreign corporation,<br><br>    Defendant. | Case No.  CV05-1774RSL<br><br>ORDER ON BASTROM'S MOTION TO STRIKE |

This matter comes before the Court on defendant "Bastrom's Motion to Strike His 'Request to Participate in Collective Action'" (Dkt. # 65). Bastrom is already a named plaintiff in this action and submitted a "Request to Participate in Collective Action" in error. Absent opposition from defendants, the Court hereby GRANTS Bastrom's motion (Dkt. # 65) and STRIKES Bastrom's unnecessary request to participate (Dkt. # 63).

DATED this 16th day of May, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON BASTROM'S
MOTION TO STRIKE